634

*Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for petitioner. *Messrs. Charles E. Donnelly* and *Frederick Bachman* for respondent.

No. 323. BIDDLE PURCHASING CO. ET AL. *v* FEDERAL TRADE COMM'N. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Adrien F. Busick, Raymond N. Beebe, Seth W. Richardson,* and *Samuel H. Kaufman* for petitioners. *Solicitor General Jackson* and *Mr. W. T. Kelley* for respondent.

No. 331. HARTFORD FIRE INSURANCE CO. *v.* PALACE CAFE, INC.; and

No. 332. NATIONAL SECURITY FIRE INSURANCE CO. *v.* SAME. October 17, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. C. G. Myers* and *G. A. Farabaugh* for petitioners. *Mr. Thad M. Talcott, Jr.* for respondent. Reported below: 97 F. 2d 766.

No. 333. SCHMITT, ADMINISTRATOR, *v.* PLATT. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William Milton Fitch* for petitioner. No appearance for respondent.

No. 334. LOWELL ET AL. *v.* TRIPLETT ET AL. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Clifton V. Edwards, Gaylord Lee Clark,* and *John B. Brady* for petitioners. *Messrs. Stephen H. Philbin* and *Charles Markell* for respondents.